JOSEPH P. MUZZIO and Another, Appellants, v. GEORGE K. NORTH and Others, Respondents.— Order substituting Mariners Harbor National Bank for defendants affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young and Hagarty, JJ., concur; Carswell, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McQUADE, Appellant.— Appeal from judgment of conviction of the County Court of Queens county dismissed upon authority of People v. Trentacosta (ante, p. 774), decided December 23, 1927. Young, Rich, Kapper, Hagarty and Carswell, JJ., concur.

LOUIS M. ROBERTSON, Appellant, v. WILHELMINA K. ROSSBACK, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The trial court erred in refusing evidence proffered and in connection with the testimony of the witness Baker at folios 534 to 561. The question of law urged by defendant with respect to Exhibit 1 cannot be passed upon on this record. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

CHARLES ST. JOHN, Respondent, v. FULTON MARKET REALTY CORPORATION, Appellant. HENRY J. UDERITZ and Another, Defendants.— Judgment and order affirmed, with costs. No opinion. Young, Rich, Hagarty and Seeger, JJ., concur; Kapper, JJ., dissents.

CHARLES E. SCHEUBER, Respondent, v. HERMAN CANARICK and JACOB KALLEN- BERG, Copartners, etc., Appellants.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES SCHWENK and Others, Appellants, v. JULIA S. KING and Another, Respondents.— Order granting motion of defendant Julia S. King to open her default, and order amending and resettling said order, unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

MEYER SCLAR and Others, Respondents, v. LEON SACKS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

INGLIS STUART, as Succeeding Executor, etc., of EDWARD PARKER, Deceased, Appellant, v. FRANK R. KNAPP, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

PHILIP TURNER, Respondent, v. EDISON STORAGE BATTERY COMPANY, Appellant. — Order denying defendant's motion to compel plaintiff to elect and to serve an amended complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Subdivision 9, section 258 of the Civil Practice Act does not differ in its effect from subdivision 9, section 484 of the Code of Civil Procedure, as construed by the cases (Carmody's New York Practice, §§ 170, 180 et seq.), and, therefore, Reed v. Livermore (101 App. Div. 254) is decisive of the question herein. Rich, Young and Carswell, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent.